Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34834−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert Webb
11 Chain Blvd
Bayville, NJ 08721

Dawn Webb
11 Chain Blvd
Bayville, NJ 08721

Social Security No.:
xxx−xx−7638

xxx−xx−8799

Employer's Tax I.D. No.:

## NOTICE OF RESCHEDULED CONFIRMATION HEARING TO MAY 7, 2018 AT 10:00 AM

Please be advised the Confirmation hearing date of 5/2/2018 has been changed to:

Date: MONDAY, 5/7/2018
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

for:

14 Confirmation Hearing Scheduled (related document:13 Chapter 13 Plan. Filed by Steven J. Abelson on behalf of Dawn Webb, Robert Webb.)

Dated: March 19, 2018
JAN: slf

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                      Case No. 17-34834-CMG
Robert Webb                                                 Chapter 13
Dawn Webb
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Mar 19, 2018
                              Form ID: 200             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db/jdb         +Robert Webb,    Dawn Webb,    11 Chain Blvd,    Bayville, NJ 08721-1907
517221943      +AR Resources,    P.O. Box 1056,    Blue Bell, PA 19422-0287
517221944      +Attorney General of the United States,     Department of Justice,
                 Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517221945      +Bank of NY Mellon,    3000 Bayport Drive, Ste 880,    Tampa, FL 33607-8409
517221947      +Diversified Collections,    P.O. Box 200,    Greensburg, PA 15601-0200
517221948      +Diversifield Adjustment Service,    PO Box 32145,    Fridley, MN 55432-0145
517221949      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
517237166      +IRS,   POB 4636,    Philadelphia, PA 19127-0636
517221952      +Michael Mazzoni, Esq,    1170 E. Landis Avenue,    Vineland, NJ 08360-4216
517383209      +Ocean Orthopedic Assoc.,    Michael R. Mazzoni, PA,    1170 East Landis Avenue,
                 Vineland, NJ 08360-4216
517221954      +Ocean Orthopedic Associates,    530 Lakehurst Road, 1st Floor,    Toms River, NJ 08755-8063
517341495       Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517221955      +Pinnacle Financial Group,    7825 Washington Avenue S, Ste 310,    Minneapolis, MN 55439-2424
517221956      +Pleuse, Becker & Saltzman,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
517221957      +Pressler & Pressler,    7 Entin Road, Ste 7,    Parsippany, NJ 07054-5020
517375568      +SHOW MASTERCARD,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKYW,    HAMBURG, NY 14075-3201
517221959      +SLS Mortgage,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
517221960      +Sprint,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517238204      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517221961      +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
517221963      +Verizon Wireless,    P.O. Box 4001,    Acworth, GA 30101-9002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 22:51:21     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 22:51:20     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517221946      +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 19 2018 22:51:36
                 Credit Collection Services*,    Two Wells Avenue, Dept 9136,   Newton, MA 02459-3225
517221950      +E-mail/Text: cio.bncmail@irs.gov Mar 19 2018 22:51:13     Internal Revenue Service (SP)*,
                 Special Procedures,   200 Sheffield Street,    Mountainside, NJ 07092-2314
517339911       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2018 22:53:40
                 LVNV Funding LLC C/O Resurgent Capital Services,    PO BOX 10675,   Greenville, SC 29603-0675
517221953      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 19 2018 22:51:20     Midland Funding*,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517271462      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2018 22:53:24
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
517336541      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2018 22:59:02
                 PYOD, LLC its successors and assigns as assignee,    of Capital One, F.S.B.,
                 Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
517221958      +E-mail/Text: bknotices@professionalcredit.com Mar 19 2018 22:51:28
                 Professional Credit Services*,    400 International Way,   Springfield, OR 97477-7004
517224274      +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:36     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517221962      +E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 22:51:21     United States Attorney,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,   Newark, NJ 07102-2527
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517221951*     +Internal Revenue Service*,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 19, 2018
                              Form ID: 200             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon The Bank of New York, as
               Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon The Bank of New York, as
               Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10
               rsolarz@kmllawgroup.com
              Steven J. Abelson    on behalf of Joint Debtor Dawn   Webb sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              Steven J. Abelson    on behalf of Debtor Robert   Webb sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 6
```