| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Robert Webb | Social Security number or ITIN: | xxx–xx–7638 |
| | First Name   Middle Name   Last Name | EIN: | _ _−_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Dawn Webb | Social Security number or ITIN: | xxx–xx–8799 |
| | First Name   Middle Name   Last Name | EIN: | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   12/11/17 |
| Case number: | 17–34834–CMG | Date case converted to chapter: | 7   5/27/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Webb | Dawn Webb |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11 Chain Blvd<br>Bayville, NJ 08721 | 11 Chain Blvd<br>Bayville, NJ 08721 |
| 4. | **Debtor's attorney**<br>Name and address | Steven J. Abelson<br>Abelson Law Offices<br>80 West Main Street<br>PO Box 7005<br>Freehold, NJ 07728 | Contact phone 732–462–4773 |
| 5. | **Bankruptcy trustee**<br>Name and address | Barry Frost<br>Barry W. Frost, Chapter 7 Trustee<br>3131 Princeton Pike<br>Suite 110<br>Building 5<br>Lawrenceville, NJ 08648 | Contact phone 609–890–1500 |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street  Trenton, NJ 08608  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 5/29/18 |
| **7.** | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **June 20, 2018 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 8/20/18** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                       Case No. 17-34834-CMG
Robert Webb                                                  Chapter 7
Dawn Webb
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2                  Date Rcvd: May 29, 2018
                              Form ID: 309A            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db/jdb         +Robert Webb,    Dawn Webb,    11 Chain Blvd,    Bayville, NJ 08721-1907
517221943      +AR Resources,    P.O. Box 1056,    Blue Bell, PA 19422-0287
517221944      +Attorney General of the United States,     Department of Justice,
                 Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517221945      +Bank of NY Mellon,    3000 Bayport Drive, Ste 880,    Tampa, FL 33607-8409
517221947      +Diversified Collections,    P.O. Box 200,    Greensburg, PA 15601-0200
517221948      +Diversifield Adjustment Service,    PO Box 32145,    Fridley, MN 55432-0145
517221949      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
517237166      +IRS,    POB 4636,   Philadelphia, PA 19127-0636
517221952      +Michael Mazzoni, Esq,    1170 E. Landis Avenue,    Vineland, NJ 08360-4216
517383209      +Ocean Orthopedic Assoc.,    Michael R. Mazzoni, PA,    1170 East Landis Avenue,
                 Vineland, NJ 08360-4216
517221954      +Ocean Orthopedic Associates,    530 Lakehurst Road, 1st Floor,    Toms River, NJ 08755-8063
517341495       Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517221956      +Pleuse, Becker & Saltzman,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
517221957      +Pressler & Pressler,    7 Entin Road, Ste 7,    Parsippany, NJ 07054-5020
517375568      +SHOW MASTERCARD,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKYW,    HAMBURG, NY 14075-3201
517221959      +SLS Mortgage,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
517221960      +Sprint,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517238204      +The Bank of New York Mellon Trustee (See 410),     c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517221961      +Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sjaesq@atrbklaw.com May 30 2018 00:11:53      Steven J. Abelson,
                 Abelson Law Offices,    80 West Main Street,    PO Box 7005,   Freehold, NJ  07728
tr             +EDI: BBWFROST.COM May 30 2018 03:53:00      Barry Frost,    Barry W. Frost, Chapter 7 Trustee,
                 3131 Princeton Pike,    Suite 110,   Building 5,    Lawrenceville, NJ 08648-2201
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2018 00:12:57      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2018 00:12:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517221946      +EDI: CCS.COM May 30 2018 03:53:00      Credit Collection Services*,
                 Two Wells Avenue, Dept 9136,    Newton, MA 02459-3225
517221950      +EDI: IRS.COM May 30 2018 03:53:00      Internal Revenue Service (SP)*,    Special Procedures,
                 200 Sheffield Street,    Mountainside, NJ 07092-2314
517339911       EDI: RESURGENT.COM May 30 2018 03:53:00      LVNV Funding LLC C/O Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC 29603-0675
517221953      +EDI: MID8.COM May 30 2018 03:53:00      Midland Funding*,    2365 Northside Drive, Ste 300,
                 San Diego, CA 92108-2709
517271462      +EDI: PRA.COM May 30 2018 03:53:00      Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517336541      +EDI: RESURGENT.COM May 30 2018 03:53:00       PYOD, LLC its successors and assigns as assignee,
                 of Capital One, F.S.B.,    Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
517221955      +EDI: PINNACLE.COM May 30 2018 03:53:00      Pinnacle Financial Group*,
                 7825 Washington Avenue S, Ste 310,    Minneapolis, MN 55439-2424
517221958      +E-mail/Text: bknotices@professionalcredit.com May 30 2018 00:13:16
                 Professional Credit Services*,    400 International Way,    Springfield, OR 97477-7004
517224274      +EDI: RMSC.COM May 30 2018 03:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517221962      +E-mail/Text: usanj.njbankr@usdoj.gov May 30 2018 00:12:57      United States Attorney,
                 For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
517221963      +EDI: VERIZONCOMB.COM May 30 2018 03:53:00      Verizon Wireless*,    P.O. Box 4001,
                 Acworth, GA 30101-9002
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517221951*     +Internal Revenue Service*,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3         User: admin              Page 2 of 2          Date Rcvd: May 29, 2018
                             Form ID: 309A            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Barry    Frost    trustee@teichgroh.com,   NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon The Bank of New York, as
               Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10
                dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon The Bank of New York, as
               Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-10
                rsolarz@kmllawgroup.com
              Steven J. Abelson    on behalf of Joint Debtor Dawn   Webb sjaesq@atrbklaw.com,
                atrbk1@gmail.com;r49787@notify.bestcase.com
              Steven J. Abelson    on behalf of Debtor Robert   Webb sjaesq@atrbklaw.com,
                atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 7
```