Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  17−34834−CMG
                    Chapter:  7
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Webb                                    Dawn Webb
   11 Chain Blvd                                11 Chain Blvd
   Bayville, NJ 08721                        Bayville, NJ 08721

Social Security No.:
   xxx−xx−7638                                     xxx−xx−8799

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 24, 2018</u>               <u>Christine M. Gravelle</u>
                                                Judge, United States Bankruptcy Court